THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT,**                                                                          **PLAINTIFF**
**ADC #131042**

v.                      Case No. 4:22-cv-00243-KGB-PSH

**GIBSON** *et al.*                                                                    **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). Plaintiff Deverick Scott has not filed any objections to the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Mr. Scott's motion for leave to proceed *in forma pauperis* is denied (Dkt. No. 1).

2. Mr. Scott's complaint is dismissed without prejudice (Dkt. No. 2).

3. Mr. Scott has 30 days from the date of this Order in which to reopen this case by paying the $402 filing and administrative fees in full and filing a motion to reopen.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of February, 2023.

                                                      Kristine G. Baker
                                                      United States District Judge